## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN HUERTAS VIDAL,<br><br>        Plaintiff,<br><br>    v.<br><br>HUDSON COUNTY DEPARTMENT OF CORRECTIONS REHABILITATIONS CENTER,<br><br>        Defendant. | Case No. 25–cv–12391–ESK–EAP<br><br>OPINION AND ORDER |

    Plaintiff Steven Huertas Vidal submitted a complaint pursuant to 42 U.S.C. § 1983 on October 17, 2022 (Complaint).  (ECF No. 1.)  Mail sent to plaintiff at his listed address was returned to the Clerk's Office as undeliverable on August 7, 2025.  (ECF No. 4.)

    Plaintiffs have an obligation to keep the Clerk's Office informed as to their current addresses.  L.Civ.R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").  Plaintiff has not kept the Court informed of his current address.  "Failure to file a notice of address change may result in the imposition of sanctions by the Court."  L.Civ.R. 10.1(a).

    I will administratively terminate the Complaint due to plaintiff's failure to keep the Clerk's Office informed of his current address.

    **IT IS** on this  **8th** day of **August 2025**   **ORDERED** that:

    1.   The Clerk shall ADMINISTRATIVELY TERMINATE the Complaint under Local Civil Rule 10.1.

    2.   Plaintiff may reopen the Complaint by submitting his current address.  The Clerk shall REOPEN the Complaint upon receipt of plaintiff's updated address.

3. The Clerk shall send a copy of this Opinion and Order to plaintiff by regular mail at his last known address.

                                               */s/ Edward S. Kiel*
                                               **EDWARD S. KIEL**
                                               **UNITED STATES DISTRICT JUDGE**